FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 3 2011

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES J. GARDNER, AS SPECIAL
ADMINISTRATOR OF THE ESTATES OF
VALETA J. STRATTON AND HENRY
BISHOP STRATTON, JR. DECEASED                           PLAINTIFF

v.                      NO. 3:11CV00100-BRW

HEALTHSOUTH CORPORATION, D/B/A
HEALTHSOUTH REHABILITATION HOSPITAL
OF JONESBORO; JESSICA MONTGOMERY, R.N.
AND JOHN DOES 1-3                                       DEFENDANTS

This case assigned to District Judge Wilson
and to Magistrate Judge Young

### NOTICE OF REMOVAL

Defendants, Healthsouth Corporation and Healthsouth Rehabilitation Hospital of Jonesboro, pursuant to 28 U.S.C. §§, 1331, 1441, and 1446, hereby remove Civil Action No. 2011-0033 from the Circuit Court of Craighead County, Western District, Arkansas on the following grounds:

1.

On or about January 13, 2011, Plaintiff Charles J. Gardner, As Special Administrator of the Estate of Henry Bishop Stratton, and Plaintiff Valeta J. Stratton filed suit against Defendants in the Circuit Court of Craighead County, Arkansas (the "Action"). Exhibit A. The Action was designated as Civil Action

No. 2011-0033. The Complaint was never served on the defendants. Ms. Stratton subsequently died. On May 11, 2011, an Amended and Substituted Complaint was filed by Plaintiff, Charles J. Gardner, As Special Administrator of the Estates of Valeta J. Stratton and Henry Bishop Stratton, Deceased. Exhibit B.

2.

On or about May 11, 2011, Defendants received service of the Summons and Amended and Substituted Complaint via service on Chief Executive Officer, Donna Harris. True and accurate copies of the Summons and Amended and Substituted Complaint are attached hereto as Exhibit B.

3.

The first date on which Defendants received a copy of the Amended and Substituted Complaint was on May 11, 2011. Therefore, this Notice of Removal is timely filed within 30 days of service of the Amended and Substituted Complaint, as required by 28 U.S.C. § 1446(b).

4.

This Court has jurisdiction over the Action pursuant to 28 U.S.C. § 1331.

5.

Plaintiff has attempted to bring a cause of action against Defendant under the Federal Medical Care Recovery Act (See Amended and Substituted

Complaint ¶ 18.) Therefore, at least one of the claims asserted by Plaintiff in this Action arises under the laws of the United States.

6.

Defendants submit this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has stated claims upon which relief may be granted.

7.

Defendants are filing, contemporaneously with this Notice, a Notice of Filing Notice of Removal with the Clerk of the Circuit Court of Craighead County, Arkansas, informing the Clerk that the Action is being removed. A copy of said Notice of Filing Notice of Removal is attached hereto as <u>Exhibit C</u>.

WHEREFORE, Defendants, Healthsouth Corporation and Healthsouth Rehabilitation Hospital of Jonesboro, pray that the Action be removed to this Court.

Respectfully submitted,

Paul D. Waddell (87179)
M. Scott Jackson (2008195)
BARRETT & DEACON, P.A.
P.O. Box 1700
Jonesboro, AR 72403
Telephone (870) 931-1700
Facsimile (870) 931-1800
pwaddell@barrettdeacon.com
sjackson@barrettdeacon.com

By _____
Attorneys for Healthsouth Corporation
and Healthsouth Rehabilitation Hospital of
Jonesboro

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing was made by mailing a copy of same to:

Mr. Robert L. Coleman
REID, BURGE, PREVALLET & COLEMAN
P.O. Drawer 107
Blytheville, AR 72316-0107

on this 3rd day of June, 2011.

_____
Paul D. Waddell